UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**PATRICIA ANN WALKER**,                               Case No. 3:11-cv-00265-KI

                  Petitioner,                               JUDGMENT

     v.

**NANCY HOWTON**,

                Respondents.

     Michelle A. Ryan
     Law Office of Michelle A. Ryan, LLC
     K2 Building
     1717 NE 42nd Avenue, Suite 2104
     Portland, OR 97213

            Attorney for Petitioner

     Ellen F. Rosenblum
     Attorney General
     Kristen E. Boyd
     Assistant Attorney General
     Department of Justice
     1162 Court Street NE
     Salem, OR 97301-4096

            Attorneys for Respondent

Page 1 - JUDGMENT

KING, Judge:

Based on the record,

IT IS ORDERED AND ADJUDGED that the Amended Petition for Writ of Habeas Corpus [14] is denied and this proceeding is dismissed with prejudice.  Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied.  See 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this ___28th___ day of October, 2013.


 /s/ Garr M. King_____
Garr M. King
United States District Judge