UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**PATRICIA ANN WALKER**,                    Case No. 3:11-cv-00265-KI

              Petitioner,                    JUDGMENT

   v.

**NANCY HOWTON**,

              Respondents.

   Michelle A. Ryan
   Law Office of Michelle A. Ryan, LLC
   K2 Building
   1717 NE 42nd Avenue, Suite 2104
   Portland, OR 97213

       Attorney for Petitioner

   Ellen F. Rosenblum
   Attorney General
   Kristen E. Boyd
   Assistant Attorney General
   Department of Justice
   1162 Court Street NE
   Salem, OR 97301-4096

       Attorneys for Respondent

Page 1 - JUDGMENT

KING, Judge:

Based on the record,

IT IS ORDERED AND ADJUDGED that the Amended Petition for Writ of Habeas Corpus [14] is denied and this proceeding is dismissed with prejudice.  Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied.  See 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this   28th   day of October, 2013.


      /s/ Garr M. King
Garr M. King
United States District Judge

Page 2 - JUDGMENT